JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA GALVAN,<br><br>    Plaintiff<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security[1]<br><br>    Defendant. | Case No. 5:19-cv-00743-CJC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: December 9, 2019

                              CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE

---

[1] Andrew M. Saul, the Commissioner of Social Security, is substituted as defendant for Nancy A. Berryhill. *See* Fed. R. Civ. P. 25(d).